IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DINA HERRINGTON-CHANT, : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | |
| : | Case No: 3:16-CV-54-MSH |
| CAROLYN W. COLVIN, : | Social Security Appeal |
| Commissioner of Social Security, : | |
| : | |
| Defendant. : | |

## ORDER

Plaintiff filed a *pro se* Complaint in this Court under 42 U.S.C. § 405(g) to contest the decision of the Commissioner of Social Security denying her Social Security Disability benefits. (ECF No. 1.) She was granted leave to proceed *in forma pauperis*, and the Court directed service upon Defendant by the United States Marshal's Service. Text-only Order, June 16, 2016, ECF No. 5. Service was completed and Defendant filed her Answer and the Administrative Transcript on August 18, 2016. (ECF Nos. 11-13.)

Plaintiff then failed to timely file her brief in accordance with Rule 9.2 of the Local Rules of this Court. M.D. Ga. Loc. Civ. R. 9.2. Plaintiff was thus ordered to show cause why her case should not be dismissed for failure to comply. Order 1, Oct. 21, 2016, ECF No. 14. Plaintiff responded and sought a more detailed answer to her Complaint. (ECF Nos. 15-16.) On November 10, 2016, Plaintiff's "Motion for Clarification" was denied and she was ordered to file a brief within fourteen (14) days. Text-only Order, ECF No. 18. Plaintiff again failed to comply with an order of the Court and file her brief.

Plaintiff was thus ordered to show cause a second time for her failure to comply and prosecute her case.   Order 1, Dec. 13, 2016, ECF No. 19.   Plaintiff failed to respond to the order or otherwise show cause why her complaint should not be dismissed for failure to comply and prosecute.   *See* Fed. R. Civ. P. 41(b).   She was warned multiple times that her failure to fully and timely comply with the orders of this Court would result in the dismissal of her Complaint.   Plaintiff's Complaint is thus dismissed for failure to prosecute this action and comply with the Court's orders.

SO ORDERED, this 6th day of January, 2017.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE